RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                         E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:                                                CASE NO: BKS-09-29131-BAM
RODRIGO GARCIA SANTOS
DORIS C SANTOS                                        CHAPTER 13

                                                      Hearing Date:   January 07, 2010
                                                      Hearing Time:   1:30 pm

AVRAMSKI LAW PC
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #0
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of Plan and hereby represents the following:

The debtor(s) filed for Chapter 13 relief on 10/12/2009. The 341(a) Meeting of Creditors held on December 01, 2009 at 8:00 am was:

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- The post-petition payments to secured creditors are delinquent
- Debtor(s) are delinquent in plan payments
- Other: Trustee objects that plan distribution is not equal monthly payments pursuant to 11 U.S.C. §1325(a)(5)(B); Attorney to file Fee Application to establish basic service fees; 506(a) motion for collateral valuation to be completed prior to confirmation hearing; Objection to §6.02-6.10 as it does not comply with 11 U.S.C. §1325(a)(1);
- Amendment to Plan: Resolve objection to Plan filed by sec. creditor(s
- The debtor(s) has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided:
    - Original signature(s) on B21 and/or ECF
    - Proof post petition mortgage payments are current
    - Other: Provide written status report at time of confirmation hearing & any subsequent confirmation hearings to Trustee as to loan modification

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00 per quarter the case is pending.

Dated:  December 27, 2009

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee