Entered on Docket
March 12, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-through Certificates, Series 2007-3
09-77305

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-29131-bam |
| Rodrigo Garcia Santos and Doris Santos | Date: 2/23/2010<br>Time: 1:30 pm |
| Debtors | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3  Secured Creditor HSBC Bank USA National Association as Trustee for Nomura Asset Acceptance

4  Corporation Mortgage Pass-through Certificates, Series 2007-3, its assignees and/or successors in

5

6  interest, of the subject property, generally described as 3904 San Esteban Avenue, North Las Vegas,

7  NV 89084, and legally described as follows:

8  PARCEL ONE (1)

9  LOT SEVENTY-SIX (76) IN BLOCK SIX (6) OF FINAL MAP OF ALiANTE NORTH
   PARCEL 19 (A COMMON INTEREST COMMUNITY) AS SHOWN BY MAP THEREOF
10 ON FILE IN BOOK 119 OF PLATS, PAGE 28, IN THE OFFICE OF THE COUNTY
   RECORDER, CLARK COUNTY, NEVADA. RESERVING THEREFROM A NON-
11 EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE
   COMMON ELEMENTS AS DELINEATED ON SAID MAP
12 REFERRED TO ABOVE AND FURTHER DESCRIBED IN THE DECLARATION OF
13 COVENANTS, CONDITIONS AND RESTRICTIONS FOR SEVILLE ETAGE RECORDED
   AUGUST 15, 2005 IN BOOK 20050815 AS DOCUMENT NO. 3121 OF OFFICIAL
14 RECORDS.

15 PARCEL TWO (2):

16 A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND
17 TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERRED TO
   ABOVE AND FURTHER DESCRIBED IN THE DECLARATION OF COVENANTS,
18 CONDITIONS AND RESTRICTIONS FOR SEVILLE ETAGE RECORDED AUGUST 15,
   2005 IN BOOK 20050815 AS DOCUMENT NO. 3121 OF OFFICIAL RECORDS.
19

20 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

21 Debtors at least five business days' notice of the time, place and date of sale.

22 //

23 //

24 //

25 //

26 //

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

    DATED this _____ day of _____, 2010.

Submitted by:

**WILDE & ASSOCIATES**

By: _____ #10235
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

...

APPROVED / DISAPPROVED

By:_____
Boris A. Avramski
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor